DOUGLAS L. HURT
LAW OFFICES OF DOUGLAS L. HURT
Bar. No. 124116
2534 West Main Street
Visalia, CA 93291
TEL: (559) 635-3333  FAX: (559) 733-0558

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH PANKEY AND KEVIN PANKEY, BY AND THROUGH THEIR GUARDIAN AD LITEM, COLLEEN KELLY PANKEY, | No. 1:06-CV-00355-AWI-SMS |
| | **STIPULATION AND ORDER RE: RESCHEDULING OF STATUS CONFERENCE** |
| Plaintiffs, | |
| v. | |
| VISALIA UNIFIED SCHOOL DISTRCIT, et al., | |
| Defendants. | |

IT IS HEREBY STIPULATED by and between the parties to this action, through their respective counsel, that the Scheduling Conference in this case be rescheduled. This hearing was originally set for March 8, 2007 at 9:15 a.m. in Courtroom 7 before Judge Sandra M. Snyder of the above entitled court.  It is agreed among parties that the hearing will be reset for May 1, 2007 at 9:30 a.m. before Judge Snyder.  This will be the last continuance in this matter.

PDF created with pdfFactory trial version www.pdffactory.com

| | |
|---|---|
| Dated: <u>3/7/07</u> | <u>/s/Douglas L. Hurt</u><br>Attorney for Plaintiffs |
| Dated: <u>3/7/07</u> | <u>/s/John Rozier</u><br>Attorney for Defendants |

IT IS SO ORDERED.

| | |
|---|---|
| Dated: <u>   3/9/2007   </u> | <u>   /s/ Sandra M. Snyder   </u><br>Judge Sandra M. Snyder |

**Substitution of Attorneys;** *Pankey* v. *Visalia Unified School District,, et al.*
USDC, ED, Case No. 1:06-CV-00355-AWI-DLB

2

PDF created with pdfFactory trial version www.pdffactory.com