DOUGLAS L. HURT, ESQ., #124116
LAW OFFICES OF DOUGLAS L. HURT
2534 West Main Street
Visalia, CA 93291
(559) 635-3333
FAX: (559) 733-0558

ATTORNEY FOR Plaintiffs   Keith and Kevin Pankey

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH PANKEY AND KEVIN PANKEY, minors, by and through their Guardian Ad Litem COLLEEN KELLY PANKEY,<br><br>                    Plaintiffs,<br><br>vs.<br><br>VISALIA UNIFIED SCHOOL DISTRICT, by and through its Board of Education; STAN CARRIZOSA, Superintendent; BOB CESENA, Assistant Principal; DIANE BIEHLE, Assistant Principal; ANDY THORNBURG, Teacher; ALFONZO GUZMAN, Assistant Principal; NACHO LAIRMA, Assistant Principal; and Does 1-25, inclusive,<br><br>                    Defendants. | No. 1:06-CV-00355-AWI-SMS<br><br>**PETITION FOR APPOINTMENT OF GUARDIAN AD LITEM;**<br><br>**ORDER** |

   Petitioners KEITH PANKEY and KEVIN PANKEY allege that they are minors within the meaning of Federal Rules of Civil Procedure, rule 17(c), and California Code of Civil Procedure §§ 372 and 373, and that their date of birth is June 12, 1989.

   Petitioners have a cause of action arising out of racial discrimination and harassment that took place at Golden West High School in Visalia, California, which is part of the Visalia Unified

PDF created with pdfFactory trial version www.pdffactory.com

School District. As a result petitioners suffered economic damages and severe emotional distress. Petitioners have a claim for general damages, prejudgment interest, and punitive damages.

       COLLEEN KELLY PANKEY is the mother of petitioners and is competent to act as Guardian Ad Litem.

       WHEREFORE, petitioner prays that COLLEEN KELLY PANKEY be appointed as the Guardian Ad Litem for petitioners.

       I, declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated:   March 22, 2006       LAW OFFICES OF DOUGLAS L. HURT

       /s/DOUGLAS L. HURT
       Douglas L. Hurt
       Attorneys for Keith and Kevin Pankey

### CONSENT OF NOMINEE

       I, COLLEEN KELLY PANKEY, the nominee of petitioners, consent to act as Guardian Ad Litem for the petitioners in the above entitled action.

DATED:  March 22, 2006

       /s/COLLEEN KELLY PANKEY
       Colleen Kelly Pankey

       IT IS SO ORDERED.

Dated:  4/25/2007       /s/ Sandra M. Snyder
       SANDRA M. SNYDER
       U.S. Magistrate Judge

NOTE: Court requested this document from plaintiff on 3/16/07 [16] and received on 4/23/07.

PDF created with pdfFactory trial version www.pdffactory.com