DOUGLAS L. HURT #124116
LAW OFFICES OF DOUGLAS L. HURT
2534 W. Main Street
Visalia, CA  93291
Telephone:  (559) 635-3333
Facsimile:  (559) 733-0558

Attorney for Petitioner, Colleen Kelly Pankey
         as Guardian ad Litem for Keith
         Pankey and Kevin Pankey

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH PANKEY AND KEVIN PANKEY, BY AND THROUGH THEIR GUARDIAN AD LITEM, COLLEEN KELLY PANKEY,<br><br>                Plaintiffs,<br>     vs.<br><br>VISALIA UNIFIED SCHOOL DISTRICT, ET. AL.,<br><br>                Defendants | Case No.: 1:06-CV-00355-AWI-SMS<br><br>**STIPULATION RE:  SETTLEMENT OF MINORS' CLAIMS, DECLARATION OF DOUGLAS L. HURT IN SUPPORT OF DISPUTED CLAIMS OF MINORS, AND**<br><br> **ORDER APPROVING COMPROMISE OF DISPUTED CLAIMS OF MINORS**<br>**(CCP §372)** |

   IT IS HEREBY STIPULATED by and between plaintiffs KEITH PANKEY and KEVIN PANKEY, BY AND THROUGH THEIR GUARDIAN AD LITEM, COLLEEN KELLY PANKEY, and defendants, through their respective counsel that minors KEITH PANKEY and KEVIN PANKEY'S claims be settled for $20,000.00 each.  The full terms of the settlement are stated at Exhibit A.

///

///

///

///

///

Stipulation Re: Settlement of Minors' Claims, Declaration of Douglas L. Hurt in Support of Disputed Claims of Minors, and [Proposed] Order Approving Disputed Claims of Minors (CCP §372)

LAW OFFICES OF DOUGLAS L. HURT
2534 W. Main Street
Visalia, CA  93291

PDF created with pdfFactory trial version www.pdffactory.com

| | |
|---|---|
| DATED: 5/10/07 | NELSON, ROZIER & BETTENCOURT |
| | /s/John Rozier<br>By:  John Rozier, Attorney for Defendants |
| DATED: 5/10/07 | LAW OFFICES OF DOUGLAS L. HURT |
| | /s/Douglas L. Hurt<br>By:  Douglas L. Hurt, Attorney for Plaintiffs |

## DECLARATION OF DOUGLAS L. HURT

I, Douglas L. Hurt, declare:

1.   I am an attorney licensed to practice in the State of California.  I make the following statements based upon my personal knowledge, and if called to testify, could and would testify competently to the facts stated herein.

2.   I represent the minors in this matter, KEITH PANKEY and KEVIN PANKEY, in their claims against defendant VISALIA UNIFIED SCHOOL DISTRICT, et. al., for injuries and damages resulting from alleged racial discrimination at Golden West High School as more particularly described in their civil Complaint.  I prepared the Petition for Compromise of Disputed Claims of Minors filed with this declaration.  I have advised the minors' mother, Colleen Kelly Pankey, that the offer of $20,000.00 for each minor by defendant VISALIA UNIFIED SCHOOL DISTRICT to settle this matter is reasonable under the circumstances, for the reasons explicated below.

3.   The primary reason for settlement is to avoid unnecessary litigation on this claim.  This claim arises from allegations of racial discrimination against minors KEITH PANKEY and KEVIN PANKEY while attending Golden West High School ("GWHS") in Visalia, California beginning in August, 2003.  The minors are African American.

I declare under penalty of perjury, under the laws of the State of California, that the foregoing is true and correct of my own personal knowledge, except as to matters stated upon information and belief,

Stipulation Re: Settlement of Minors' Claims, Declaration of Douglas L. Hurt in Support of Disputed Claims of Minors, and [Proposed] Order Approving Disputed Claims of Minors (CCP §372)

LAW OFFICES OF DOUGLAS L. HURT
2534 W. Main Street
Visalia, CA  93291

PDF created with pdfFactory trial version www.pdffactory.com

1  and as to such matters I am informed and believe that they are true and correct.  Executed this 10th day

2  of May, 2007 at Visalia, California.

3

4                                             /s/Douglas L. Hurt
                                           Douglas L. Hurt

5

6       Upon the evidence introduced the court finds that it is in the best interests of the minors that

said claims be compromised and settled for the amount hereinafter stated and that the proceeds of

7  such settlement be paid and used in the manner hereinafter specifically provided:

8       IT IS THEREFORE ORDERED:

9       A.    That said compromise be and it is hereby approved and that upon payment of the sum of

10  $20,000.00 for each minor being the total settlement sum herein approved in the manner herein provided,

11  the Payor shall be fully and forever released and discharged of and from all claims, charges and demands of

12  said minor arising from the accident mentioned in said petition.

13       B.    The full terms of settlement are stated at Exhibit A.

14       C.    Petitioner shall disburse the proceeds of the settlement hereby approved in the following

15  manner:

16           (a)    Attorney's fees to Douglas L. Hurt    $10,000.00
         (b)    Costs expended by Douglas L. Hurt   $ 3,524.65
17               TOTAL ALLOWANCES FOR FEES & EXPENSES   $13,524.65

18           1.    That the balances of the settlement sum, to wit, $13,237.67 to each
               minor, shall be deposited into a blocked account, payable upon minors'
19                 18th birthday, 6/12/07.

20       D.    Upon receipt of the full amount of the settlement sum herein approved and the deposit

21  of the funds, Petitioner is hereby authorized and directed to execute and deliver to said Payor a full,

complete, and final release and discharge of any and all claims and demands of said minor by reason of

22  the accident described in said petition and the resultant injuries and damages to said minor.

23  DATED:  5/11/2007                               /s/ Sandra M. Snyder
24                                                 SANDRA M. SNYDER
                                               U.S. Magistrate Judge

25

Stipulation Re: Settlement of Minors' Claims, Declaration of
Douglas L. Hurt in Support of Disputed Claims of Minors, and
[Proposed] Order Approving Disputed Claims of Minors
(CCP §372)

LAW OFFICES OF DOUGLAS L. HURT
2534 W. Main Street
Visalia, CA  93291

PDF created with pdfFactory trial version www.pdffactory.com

# EXHIBIT "A"

## SETTLEMENT AGREEMENT AND RELEASE

Plaintiffs, Kieth Pankey and Kevin Pankey, minors, by and through their Guardian ad Litem, Colleen Kelly Pankey (collectively "Plaintiffs"), and Defendants, Visalia Unified School District ("VUSD"), Stan Carrizosa, Bob Cesena, Diane Biehle, Andy Thornberg, Alfonzo Guzman and Nacho Lerma (collectively "Defendants"), enter into this SETTLEMENT AGREEMENT AND RELEASE (the "Settlement Agreement") effective as of the Effective Date (as defined below).

Plaintiffs and Defendant (collectively "the Parties" and each a "Party") enter into this Settlement Agreement with reference to the following facts:

A. On or about June 9, 2006, Plaintiffs filed a First Amended Complaint in the United States District Court for the Eastern District of California (No. 1:06-CV-00355-AWI-DLB) asserting federal equal protection and due process claims as well as statutory claims under the California Education and Civil Codes (the "Action").

B. Defendants deny the allegations in the First Amended Complaint.

C. The parties to this Settlement Agreement wish to resolve all disputes between them without admission of liability or wrongdoing, as provided herein.

NOW, THEREFORE, IT HEREBY IS AGREED BY AND BETTWEN THE PARTIES TO THIS SETTLEMENT AGREEMENT AS FOLLOWS:

1. Effective Date.  The "Effective Date" of this Settlement Agreement shall be the date upon which a fully executed dismissal has been filed with the Court.

2. Authority and Approvals.  Each party to this Settlement Agreement understands and agrees that this agreement is subject to the following approvals:

    a. The monetary commitment of VUSD is subject to approval by the Board of the JPA to which they belong;

    b. The non-monetary commitment of VUSD is subject to approval by the VUSD School Board;

    c. This entire agreement may be subject to Court approval as it involved claims of minors, or for other reasons.  The Parties shall each use their best efforts and cooperate in good faith to obtain the necessary approvals.

3. Payment by VUSD to Plaintiffs.  In consideration for this Settlement Agreement, VUSD will pay Plaintiffs the total sum of $40,000.00 to be divided amongst Keith Pankey, Kevin Pankey and their attorney as they see fit and as the Court may approve.

4. Releases and Covenants Not to Sue.  In consideration for this Settlement Agreement and the terms and conditions hereof, the plaintiffs agree as follows:

Stipulation Re: Settlement of Minors' Claims, Declaration of Douglas L. Hurt in Support of Disputed Claims of Minors, and [Proposed] Order Approving Disputed Claims of Minors (CCP §372)

LAW OFFICES OF DOUGLAS L. HURT
2534 W. Main Street
Visalia, CA  93291

PDF created with pdfFactory trial version www.pdffactory.com

      a.    <u>Releases of Defendants by Plaintiffs</u>. Plaintiffs Keith Pankey and Kevin Pankey, for themselves, their successors, and their assigns hereby fully and forever release, waive, discharge and covenant not to sue Defendants VUSD, Stan Carrizosa, Bob Cesena, Diane Biehle, Andy Thornberg, Alfonzo Guzman, Nacho Lerma, individually and/or collectively, and any of their respective Board Members, employees, predecessors, successors, attorneys, and assigns, from and for any and all Released Claims, as defined in the subparagraph 4(b) below.

      b.    <u>Released Claims</u>. "Released Claims" means any and all claims, demands, causes of action, rights of appeal, costs, expenses, damages, judgments, orders and liabilities of whatever kind or nature, in law, equity or otherwise, including but not limited to claims for attorneys' fees or costs (all of the foregoing collectively referred to herein as "Claims"), whether now known or unknown, vested or contingent, suspected or unsuspected, that have existed or may have existed, or that do exist as of the Effective Date, as a result of transactions, occurrences, acts or omissions that have occurred as of the Effective Date, which Claims arise out o f or in any way related to (i) Keith Pankey and Kevin Pankey's enrollment in VUSD schools, attendance at VUSD schools, and status as students in the VUSD, including but not limited to claims for physical and emotional injuries; (ii) any and all claims made by Keith Pankey and Kevin Pankey in the First Amended Complaint. For purposes of determining whether Claims arose prior to the Effective Date of this Settlement Agreement, no tolling or other extensions of accrual that might be legally applicable to statutes of limitation will be considered. Nothing contained herein is intended to prevent any Party from enforcing the Settlement Agreement.

      c.    <u>Waiver of Unknown Claims</u>. Plaintiffs hereby knowingly and voluntarily waive any and all rights and benefits otherwise conferred by the provisions of Section 1542 of the California Civil Code, which reads in full as follows:

> "A GENERAL RELEASE DOES NOT EXTEND
> TO CLAIMS WHICH THE CREDITOR DOES
> NOT KNOW OR SUSPECT TO EXIST IN HIS
> FAVOR AT THE TIME OF EXECUTING THE
> RELEASE, WHICH IF KNOWN BY HIM MUST
> HAVE MATERIALLY AFFECTED HIS SETTLEMENT
> WITH THE DEBTOR.

Plaintiffs expressly consent that, notwithstanding Section 1542 of the California Civil Code, or any other statute or rule of law of similar import whether enacted or in force in California or in any other State of the United States or any other nation of the world, this general release shall be given full force and effect according to each and all of its express terms and provisions, including those relating to unknown or unsuspected Claims that exist as of the Effective Date. This waiver is a material term of this release and the settlement of which it is a part.

5.    <u>Non-monetary Commitments by VUSD</u>. Subject to applicable law, VUSD agrees to use its best efforts and cooperate in good faith to accomplish the non-

Stipulation Re: Settlement of Minors' Claims, Declaration of Douglas L. Hurt in Support of Disputed Claims of Minors, and [Proposed] Order Approving Disputed Claims of Minors (CCP §372)

LAW OFFICES OF DOUGLAS L. HURT
2534 W. Main Street
Visalia, CA 93291

PDF created with pdfFactory trial version www.pdffactory.com

monetary commitments specified in Attachment "A" through the 2008-2009 school year.

6. <u>Other Facts</u>.  The parties to this Settlement Agreement acknowledge and understand that it is possible that they, or their agents or attorneys, may discover Claims facts different from or additional to the ones they presently believe to exist concerning this Settlement Agreement or the Claims compromised or released hereby.  Each of the Parties to this Settlement Agreement expressly accepts and assumes the risk of any such different or additional Claims or facts, and agrees that this Settlement Agreement, and the compromises, releases and other provisions hereof, shall remain effective notwithstanding the discovery of any such different or additional Claims or facts.

7. <u>No Admissions</u>.  This Settlement Agreement is entered into in compromise of disputed claims.  Neither this Settlement Agreement, nor the releases provided for herein, nor the consideration provided hereunder, nor any other act or agreement in furtherance of this settlement, shall be construed in any way as an admission of wrongdoing or liability on the part of any Party to this Settlement Agreement.  Each of the Parties to this Settlement Agreement completely denies any such liability or wrongdoing.

8. <u>Confidentiality of Agreement</u>.  Each of the parties hereto agrees to refrain from any public comment the terms of this Settlement Agreement and Release and to keep these terms confidential to the extent permitted by law.

9. <u>Further Acts</u>.  Each of the Parties hereto agrees promptly to execute all other documents and take all other actions reasonably necessary to effectuate all of this Settlement Agreement's terms and conditions.

10. <u>Enforcement</u>.  If there is any disagreement that cannot be resolved between the Parties to this Settlement Agreement arising out of or relating to this Settlement Agreement, the Parties to this Settlement Agreement agree that any legal action or proceeding relating to this agreement will be instituted exclusively in the United States District Court for the Eastern District of California.  Plaintiffs and Defendants agree to submit to the exclusive jurisdiction of, and agree that venue is proper in, this Court in any such legal action or proceeding.

11. <u>Successors</u>.  This Settlement Agreement shall bind the successors, assigns, heirs and personal representatives of each of the Parties to this Settlement Agreement.

12. <u>Parties Represented</u>.  Each Party to this Settlement Agreement has been advised and represented by Counsel in connection with the negotiation and preparation hereof; each Party enters into this Settlement Agreement voluntarily; and each Party to this Settlement Agreement shall be deemed its co-author for purposes of the Settlement Agreement's construction.  Each party further acknowledges that this Settlement Agreement has been reviewed in detail with them and that its language and intended effect have been explained, and that they have had the opportunity to review the Settlement Agreement with an attorney of their choice.

13. <u>Integrated Writing</u>.  Other than the warranties, covenants, and representations expressly stated as such in this Settlement Agreement, there are no warranties, covenants, and representations of any kind, express or implied, upon which

Stipulation Re: Settlement of Minors' Claims, Declaration of Douglas L. Hurt in Support of Disputed Claims of Minors, and [Proposed] Order Approving Disputed Claims of Minors (CCP §372)

LAW OFFICES OF DOUGLAS L. HURT
2534 W. Main Street
Visalia, CA  93291

PDF created with pdfFactory trial version www.pdffactory.com

either Party to this Settlement Agreement has relied in entering into this Settlement Agreement, or as to the future relations or dealings of the Parties to this Settlement Agreement.

Dated: _____, 2007                     VISALIA UNIFIED SCHOOL DISTRICT

                                              By_____
                                              Superintendent Stan Carrizosa


Dated: _____, 2007                     By _____
                                              Colleen Kelly Pankey, as
                                              Guardian ad Litem for Keith
                                              Pankey and Kevin Pankey


Dated: _____, 2007                     By _____
                                              Douglas L. Hurt, Counsel for
                                              Plaintiffs Keith and Kevin Pankey by and
                                              through their Guardian ad Litem,
                                              Colleen Kelly Pankey


Dated: _____, 2007                     By _____
                                              John Rozier
                                              Nelson, Rozier & Bettencourt
                                              Counsel for Visalia Unified School
                                              District

Stipulation Re: Settlement of Minors' Claims, Declaration of Douglas L. Hurt in Support of Disputed Claims of Minors, and [Proposed] Order Approving Disputed Claims of Minors (CCP §372)

LAW OFFICES OF DOUGLAS L. HURT
2534 W. Main Street
Visalia, CA  93291

PDF created with pdfFactory trial version www.pdffactory.com

ATTACHMENT "A"

(Non-Monetary Commitments by VUSD)

1.  <u>Staff Development</u>.  To continue the District's practice of providing diversity training at the beginning of each school year to all new staff with a particular emphasis on reducing racial discrimination and harassment; to periodically provide updated training to existing staff.

2.  <u>Student Training Program</u>.  To more specifically focus the ongoing "Breaking Down the Walls" student training program on issues of race, including color, ethnic group, national origin and race ancestry.  This student training program will be conducted on a rotational basis among the four high schools every other year and will include activities to address the above topics.

3.  <u>Policies</u>.  To continue to enforce the District's current policies on the topic of levels of discipline for racial harassment; to continue to code racial incidents into the District's computer system as a separate category to allow for closer monitoring of incidents, of offenders and of students subjected to racial harassment; and to communicate to the parents of the offended students when steps have been taken to prevent or discipline for an incident of racial harassment.  These policies and procedures will be discussed with the principals at least annually for the duration of this agreement.

4.  <u>Curriculum</u>.  To create additional classroom activities, such as discussions, writing and speakers and on the topic of racial discrimination in our community in order to move from theory to practical application as topics of racism are presented in the high school courses listed below; to meet with the site curriculum leaders throughout the District before the middle of the next semester in order to inject these items into the curriculum for the semester beginning Fall 2007.

   a.  <u>Health</u>.  Continue required course for graduation (typically a 9th grade course).  2 to 3 week section on Human Development, Personal Differences and Relationships, including racial and ethnic harassment.

   b.  <u>World History and Geography</u>.  Continue required course for graduation (typically a 10th grade course).  Sections on unresolved problems of the modern world (1-2 weeks); United Nations Declaration of Human Rights; differing beliefs between Hindu and Muslim cultures; Nazism and Stalinism; Slave trade; Imperialism.

   c.  <u>United States History and Geography</u>.  Continue required course for graduation (typically an 11th grade course).  Sections on the Civil War and Reconstruction; the Civil Rights Movement (2-3 weeks); the struggle for racial equality; respect and effective problem solving.

   d.  <u>Civics</u>.  Continue required course for graduation (typically a 12th grade course).  Section on the fundamental principles and moral values of American Democracy; relationships among citizens; and landmark U.S. Supreme Court decisions affecting Civil Rights.

Note:  New textbooks and course materials for items (b), (c) and (d) above, were adopted for the 2006/2007 school year and will remain in place for 7 years.

Stipulation Re: Settlement of Minors' Claims, Declaration of Douglas L. Hurt in Support of Disputed Claims of Minors, and [Proposed] Order Approving Disputed Claims of Minors (CCP §372)

LAW OFFICES OF DOUGLAS L. HURT
2534 W. Main Street
Visalia, CA  93291

PDF created with pdfFactory trial version www.pdffactory.com